**NOT RECOMMENDED FOR PUBLICATION**
File Name: 17a0504n.06

No. 15-3101

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**FILED**
Aug 29, 2017
DEBORAH S. HUNT, Clerk

| | |
|---|---|
| JUAN ESQUIVEL-QUINTANA, <br><br> Petitioner, <br><br> v. <br><br> JEFFERSON B. SESSIONS, III, Attorney General, <br><br> Respondent. | ON PETITION FOR REVIEW FROM THE UNITED STATES BOARD OF IMMIGRATION APPEALS <br><br> ORDER |

Before: BOGGS, SUTTON, and COOK, Circuit Judges.

**BOGGS, Circuit Judge.** In light of the Supreme Court's decision in *Esquivel-Quintana v. Sessions*, 137 S. Ct. 1562, 1573 (2017), we hereby VACATE the Order of the Board of Immigration Appeals dated January 9, 2015, and REMAND for further proceedings consistent with the opinion of the Supreme Court.